**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Claudio OTERO, Jr., a/k/a Bill, Defendant—Appellant.**

**United States of America, Plaintiff—Appellee,**

v.

**Claudio Otero, Jr., a/k/a Bill, Defendant—Appellant.**

Nos. 08–8362, 09–7417.

United States Court of Appeals, Fourth Circuit.

Submitted: May 27, 2010.

Decided: June 15, 2010.

Claudio Otero, Jr., Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claudio Otero, Jr., appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006) and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Otero*, No. 6:99–cr–70054–nkm–6 (W.D.Va. Sept. 15, 2008 & July 15, 2009). We deny Otero's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*